# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. LEVY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1007 (GK) |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) (1) of the Federal Rules of Civil Procedure, the defendant, through counsel, moves this Court for an enlargement of time in which to respond to the Complaint up to and including August 12, 2006. Defendant's response is due to be filed by July 12, 2006. Plaintiff does not object to this motion for enlargement of time.

Due to the recent filing of the complaint, counsel has been unable to complete its discussions and coordination with the agency. Counsel will also be on scheduled leave beginning June 30 to July 12, 2006. The additional time will allow counsel, upon her return, to complete the discussions and coordination with the agency for the filing of defendant's dispositive motion.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that the time to respond to the Complaint be enlarged to and including August 12, 2006.

Respectfully submitted,

*/s/ Kenneth L. Wainstein*
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

*/s/ Wyneva Johnson*
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Jonathan H. Levy, pro se
37 Royal Pointe Dr.
Hilton Head, SC 29926

                                              WYNEVA JOHNSON
                                              Assistant United States Attorney
                                              Judiciary Center Building
                                              555 4th Street, N.W., E-4106
                                              Washington, D.C. 20530
                                              (202) 514-7224