UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. LEVY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1007 (GK) |

## ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion for an Enlargement of Time, and for good cause shown, it this ___ day of _____, 2006.

ORDERED that Defendant's Unopposed Motion should be, and it hereby is, granted, and that Defendant shall have up to and including August 12, 2006 in which to respond to the Complaint.

_____                              _____
DATE                                                UNITED STATES DISTRICT JUDGE

Copies

Attorney for Defendant
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

Pro Se
Jonathan H. Levy
37 Royal Pointe Dr.
Hilton Head, SC 29926