IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. LEVY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| ) | Civil Action No. 06-1007 (GK) |
| v. ) | |
| ) | |
| ) | |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF BETTY L. WHITE

I, **Betty L. White**, hereby make the following Declaration under penalty of perjury pursuant to 28 U.S.C. §1746.

1. I am the Information Disclosure Specialist in the Office of Counsel for the Postal Inspection Service, the law enforcement component of the United States Postal Service, in Washington, D.C. I have served in the Office of Counsel at all times relevant to the above-captioned case.

2. This declaration is submitted in support of a request for additional time.

3. The United States Postal Inspection Service (USPIS) is currently processing 958 pages of responsive materials.

1

4. As the agency Specialist assigned to this matter, I am responsible for the coordination of the review and the processing of the 958 pages. The receipt of Mr. Levy's complaint and the time involved in receiving the responsive records delayed and interfered with the completion of the processing of the 958 pages of responsive materials held by the USPIS. To date, 442 pages have been processed with 516 yet to be processed.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

8/8/2006
DATE

Betty L. White
Information Disclosure Specialist
Office of the Chief Inspector
U.S. Postal Inspection Service