**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JONATHAN H. LEVY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-1007 (GK)** |
| | ) | |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

<u>                                          </u>      **ORDER**

      UPON CONSIDERATION of Defendant's Unopposed Motion for Further Enlargement

of Time, and for good cause shown, it this        day of                  , 2006.

      ORDERED that Defendant's Unopposed Motion should be, and it hereby is, granted, and

that Defendant shall have up to and including September 8, 2006 in which to respond to the

complaint.


<u>                      </u>                                <u>                                   </u>
DATE                                               UNITED STATES DISTRICT JUDGE


Copies to:

<u>Attorney for Defendant</u>                                     <u>Pro Se</u>
Wyneva Johnson                                         Jonathan H. Levy, pro se
Assistant United States Attorney                 37 Royal Pointe Dr.
555 4th Street, N.W., Civil Division             Hilton Head, SC 29926
Washington, D.C. 20530