UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. LEVY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1007 (GK) |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Unopposed Motion for Further Enlargement of Time, and for good cause shown, it this _____ day of _____, 2006.

ORDERED that Defendant's Unopposed Motion should be, and it hereby is, granted, and that Defendant shall have up to and including September 22 , 2006 in which to respond to the complaint.

_____
DATE

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Attorney for Defendant
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

Pro Se
Jonathan H. Levy, pro se
37 Royal Pointe Dr.
Hilton Head, SC 29926