UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. LEVY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1007 (GK) |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for a further enlargement of time until October 5, 2006, to respond to plaintiff's complaint. Plaintiff does not oppose this Motion.

Defendant's supplemental review of the remaining 339 pages in this FOIA case has been completed. Plaintiff has responded to defendant's review of these pages. The parties are now engaged in further discussions in an effort to find a resolution herein. Once this final discussion is completed, the parties will advise the Court as to whether further litigation is required.

This request for enlargement of time is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including October 5, 2006, to file its dispositive motion.

Respectfully submitted,

__/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

__ /s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of September, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Jonathan H. Levy, pro se
37 Royal Pointe Dr.
Hilton Head, SC 29926

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　WYNEVA JOHNSON
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　555 4th Street, N.W., E-4106
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 514-7224