UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. LEVY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1007 (GK) |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for a further enlargement of time until October 20, 2006, to respond to plaintiff's complaint. Plaintiff does not oppose this Motion.

The parties have determined that further litigation is required. Accordingly, we propose the following briefing schedule:

- Defendant's Dispositive motion due: **October 20, 2006**
- Plaintiff's Opposition due: **November 13, 2006**
- Defendant's Reply due: **December 1, 2006**

This request for enlargement of time is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including October 20, 2006, to file its dispositive motion.

Respectfully submitted,

\_\_/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

\_\_ /s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Jonathan H. Levy, pro se
37 Royal Pointe Dr.
Hilton Head, SC 29926

/s/
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224