UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. LEVY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1007 (GK) |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Unopposed Motion for Further Enlargement of Time, and for good cause shown, it this _____ day of _____, 2006.

ORDERED that Defendant's Unopposed Motion should be, and it hereby is, granted, and the following briefing schedule is hereby ordered:

- Defendant's Dispositive motion due: **October 20, 2006**
- Plaintiff's Opposition due: **November 13, 2006**
- Defendant's Reply due: **December 1, 2006**


_____                              _____
DATE                                              UNITED STATES DISTRICT JUDGE


Copies to:

Attorney for Defendant                Pro Se
Wyneva Johnson                        Jonathan H. Levy, pro se
Assistant United States Attorney      37 Royal Pointe Dr.
555 4th Street, N.W., Civil Division  Hilton Head, SC 29926
Washington, D.C. 20530