UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JONATHAN H. LEVY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-1007 (GK) |
| **UNITED STATES POSTAL SERVICE,** | ) |
| **Defendant.** | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for a further enlargement of time until October 24, 2006, to respond to plaintiff's complaint. Plaintiff does not oppose this Motion. The parties request that Plaintiff be permitted to file its Opposition up to and including November 20, 2006.

Defendant has substantially completed its dispositive motion. The additional time is requested so counsel can complete its coordination with the agency for the filing of the dispositive motion.

This request for enlargement of time is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including October 24, 2006, to file its dispositive motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


__/s/
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this _____ day of October, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Jonathan H. Levy, pro se
37 Royal Pointe Dr.
Hilton Head, SC 29926

             /s/
             WYNEVA JOHNSON
             Assistant United States Attorney
             Judiciary Center Building
             555 4th Street, N.W., E-4106
             Washington, D.C. 20530
             (202) 514-7224