UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN H. LEVY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1007 (GK) |
| ) | |
| **UNITED STATES POSTAL SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**UPON CONSIDERATION** of Defendant United States Postal Service's Motion to Dismiss, or in the alternative, for Summary Judgment, and the entire record herein, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**, and it is further

**ORDERED** that Judgment is hereby entered in favor of the United States Postal Service.

_____ , 2006.                             _____
Date                                                                              United States District Judge

**Copies to:**

AUSA Wyneva Johnson
Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530

**Plaintiff:**

Jonathan H. Levy
37 Royal Pointe Drive
Hilton Head SC 29926