UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JONATHAN H. LEVY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1007 (GK) |
| | ) | |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S CONSENT MOTION FOR FURTHER ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for a further enlargement of time until December 22, 2006 to reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment.  Plaintiff consents to this Motion.

This enlargement is requested because undersigned counsel is presently in trial, Lawrence J. McNally v. Gale Norton, Dept. of the Interior, Civ. No 02-0140, before this District Court. This trial is expected to conclude this week.

This request for enlargement of time is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including December 22, 2006, to file its reply.

Respectfully submitted,

\_\_/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

\_\_ /s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of November, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Jonathan H. Levy, pro se
37 Royal Pointe Dr.
Hilton Head, SC 29926

    /s/
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224