# Exhibit B

**Exhibit B**
**Levy**
**Supplemental Vaughn Index**

| ITEM | MATERIAL WITHHELD | EXEMPTION | CONTENTS |
|---|---|---|---|
| Document 7 | 2-page email | (b)(7)(C) | An electronic message from a third party complainant to a third party involved in the radio industry concerning, generally, Kronzer's radio broadcasts. |
| Document 8 | Letter | (b)(5), (b)(7)(C) | A communication from a U.S. Postal Inspector to a third party explaining generally the status of the case and the role of the Inspector. |
| Document 9 | Email | (b)(7)(C), (b)(7)(D) | An electronic communication from a U.S. Postal Inspector to a third party and a response from the third party. The communication deals with the location of Mr. Kronzer, the allegations against him and discusses if Mr. Kronzer is being held by any law enforcement authorities. Additional third parties are referenced in the response. |
| Document 11 | 1 page letter | (b)(7)(C) | A letter of complaint between two third parties relative to tape recordings of Mr. Kronzer. |
| Document 15 | 20 pages (9 pages released upon further review) | (b)(2),(b)(5), (b)(7)(C), (b)(7)(D) | Contains external memoranda and e-mails prepared and circulated within the Inspection Service for use by Inspection Service employees. This document also contains notes made by Inspectors for internal use and personal identifying information of third parties. |
| Document 16 | 11 pages | (b)(7)(C), (b)(7)(D) (b)(7)(F) | Contains four memoranda of interview and a document which summarized information provided by another individual. |

**Exhibit B**
**Levy**
**Supplemental Vaughn Index**

| | | | |
|---|---|---|---|
| Document 17 | 41 pages (7 pages released upon further review) | (b)(7)(D) | This document contains confidential information provided by a law enforcement agency concerning the investigation of suspicious mailings. These files also contain the names and personal identifying information of third parties and the names of law enforcement personnel. Certain pages relate solely to Kronzer and contain such things as a copy of his driver's license information, personal identifiers and finger/palm prints. |
| Document 18 | 32 pages | (b)(7)(C), (b)(7)(D) | Is a series of sworn declarations from a third party/confidential source. The materials contain information related to the investigation and include the name and personal identifying information for the source as well as others. |
| Document 20 | 9 pages | | 4 Double Sided pages released in full upon further review. |
| Document 22 | 61 pages (1 page released upon further review) | (b)(7)(C), (b)(7)(D) | Contains property/evidence tags, request for lab examinations, sworn statements, incorporating emails by various third parties, and documents related to the settlement of legal disputes. |
| Document 23 | 3 pages | (b)(7)(C), (b)(7)(D) | Copy of electronic mail message and other communication sent by a third party to law enforcement agencies and other non-law enforcement third parties. |

**Exhibit B**
**Levy**
**Supplemental Vaughn Index**

| | | | |
|---|---|---|---|
| Document 24 | 12 pages | (b)(7)(C), (b)(7)(D) | Copies of electronic mail messages and other communications sent among third parties and, in some cases directed to law enforcement agencies which discuss the activities of Kronzer and Levy. |
| Document 25 | 44 pages | (b)(7)(C), (b)(7)(D) | Copies of electronic mail messages and other communications sent among third parties and, in some cases directed to law enforcement agencies which discuss the activities of Kronzer and Levy. |