UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN H. LEVY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1007 (GK) |
| ) | |
| **UNITED STATES POSTAL SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

**UPON CONSIDERATION** of defendant United States Postal Service's Reply to Plaintiff's Opposition to Defendant's Memorandum in Support of Motion to Dismiss or in the Alternative for Summary Judgment, and the entire record herein, it is hereby

**ORDERED** that defendant's Motion is **GRANTED**, and it is further

**ORDERED** that Judgment is hereby entered in favor of the United States Postal Service.

_____ , 2006.        _____
Date                                    GLADYS KESSLER
                                        United States District Judge

**Copies to:**
AUSA Wyneva Johnson (through ECF)

**Through U.S. Mail to:**
Jonathan H. Levy
37 Royal Pointe Drive
Hilton Head SC 29926
*Plaintiff*