UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JONATHAN H. LEVY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1007 (GK) |
| | ) | |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Jonathan H. Levy, proceeding pro se, brings this action against Defendant, the United States Postal Service ("USPS"), under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. In his FOIA request, Plaintiff seeks all documents in the possession of Defendant concerning anthrax hoax letters sent in May 2003 to the Los Gatos and Campbell, California police departments, as well as to a private residence in San Jose, California. This matter is before the Court on Defendant's Motion to Dismiss or in the Alternative for Summary Judgment [**Dkt. No. 9**]. Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment is **granted** as to those documents withheld pursuant to Exemption 7(C) and Exemption 7(F) and **denied** as to those documents withheld pursuant to Exemption 5 and Exemption 7(D); it is further

**ORDERED** that the parties shall submit, no later than **August 15, 2008,** Praecipes indicating how they wish to proceed in this case.

July 25, 2008

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**