# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JONATHAN H. LEVY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-1007 (GK)** |
| | ) | |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT'S  MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for an enlargement of time until September 5, 2008, to respond to the Court's July 16, 2008 Order.  Counsel had inadvertently believed that the response was due on August 18, 2008, rather than August 15, 2008.  The plaintiff could not be reached to ascertain his views on the filing of this motion although the plaintiff left a telephone message for counsel in which he indicated that additional time would be needed for the parties to respond.

The additional time is requested because counsel and plaintff have been unable to discuss the procedure by which the parties may respond to the Court's Order.  The additional time is also requested because counsel has been unable to complete the discussions and coordination with the agency due to leave of the agency contact person.

The additional time will allow the parties to complete the discussions and coordinate the response to the Court's Order.

Accordingly, it is respectfully requested that defendant shall have up to and including September 5, 2008, to respond to the Court's Order.

Respectfully submitted,


___/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
Assistant United States Attorney


___/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


___/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 18th day of August, 2008, that a copy of the foregoing

was filed and served by First-Class mail; postage prepaid to:

Jonathan H. Levy, pro se
37 Royal Pointe Dr.
Hilton Head, SC 29926

                                        /s/
                                        WYNEVA JOHNSON
                                        Assistant United States Attorney
                                        Judiciary Center Building
                                        555 4th Street, N.W., E-4106
                                        Washington, D.C. 20530
                                        (202) 514-7224