UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN H. LEVY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1007 (GK) |
| ) | |
| **UNITED STATES POSTAL SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time, any Opposition thereto, and for good cause shown, it this _____ day of _____, 2008.

ORDERED that Defendant's Motion should be, and it hereby is, granted, and that the parties shall have up to and including September 5, 2008 to respond to the Court's July 16, 2008 Order.

_____                                                          _____
DATE                                                                                              UNITED STATES DISTRICT JUDGE

Copies to:

Attorney for Defendant
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

Pro Se
Jonathan H. Levy, pro se
37 Royal Pointe Dr.
Hilton Head, SC 29926