UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. LEVY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1007 (GK) |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF AMENDED CERTIFICATE OF SERVICE

I hereby certify that service of Defendant's Motion for Enlargement of Time (Dkt # 16), filed on August 18, 2008 and this Notice of Amended Certificate Of Service was made by mailing copies thereof to:

Jonathan H. Levy, pro se
37 Royal Pointe Dr.
Hilton Head, SC 29926

on this 19th day of August, 2008.

          ___ /s/_____
          WYNEVA JOHNSON, D.C. Bar #278515
          Assistant United States Attorney
          555 4th Street, N.W., E- 4106
          Washington, D.C. 20530
          (202) 514-7224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2008, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Jonathan H. Levy, pro se
37 Royal Pointe Dr.
Hilton Head, SC 29926

        /s/
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224