# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN H. LEVY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-1007 (GK) |
| **UNITED STATES POSTAL SERVICE,** | ) |
| **Defendant.** | ) |

## DEFENDANT'S UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for an enlargement of time until September 19, 2008, to respond to the Court's July 16, 2008 Order. Plaintiff does not oppose this motion.

The additional time is requested because counsel has been unable to complete the discussions and coordination with the agency due to a training schedule of the agency contact person.

The additional time will allow the parties to complete the discussions and coordinate the response to the Court's Order.

Accordingly, it is respectfully requested that defendant shall have up to and including September 19, 2008, to respond to the Court's Order.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
Assistant United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_ /s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of September, 2008, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Jonathan H. Levy, pro se
37 Royal Pointe Dr.
Hilton Head, SC 29926

    /s/
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224