UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. LEVY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1007 (GK) |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Unopposed Motion for Further Enlargement of Time, any Opposition thereto, and for good cause shown, it this _____ day of _____, 2008.

ORDERED that Defendant's Motion should be, and it hereby is, granted, and that the parties shall have up to and including September 19, 2008 to respond to the Court's July 16, 2008 Order.

_____                                    _____
DATE                                           UNITED STATES DISTRICT JUDGE

Copies to:

Attorney for Defendant                         Pro Se
Wyneva Johnson                                 Jonathan H. Levy, pro se
Assistant United States Attorney               37 Royal Pointe Dr.
555 4th Street, N.W., Civil Division           Hilton Head, SC 29926
Washington, D.C. 20530